IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

vs.                                                    **CASE NO.: 4:06-CR-020-SPM**

**SANDRA DAVIS,**

    **Defendant.**
_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 64) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **SANDRA DAVIS**, to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this sixth day of June, 2006.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge